UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

| | |
|---|---|
| SALOME VAZQUEZ, on behalf of herself, individually, and on behalf of all others similarly situated, | : <br> : <br> : |
| Plaintiff, | : Civil Action No.: **17-cv-1907** <br> : (PK) |
| -against- | : |
| TIBANA FINISHING, INC., and TIBERJE MIKSA, individually, and ANA MIKSA, individually, | : <br> : |
| Defendants. | : <br> : |

-----------------------------------------------------------------------x

**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, APPOINTMENT OF NAMED PLAINTIFF AND OPT-IN PLAINTIFF AS CLASS REPRESENTATIVES, APPOINTMENT OF PLAINTIFF'S COUNSEL AS CLASS COUNSEL, AND APPROVAL OF PROPOSED NOTICE OF SETTLEMENT AND CLASS ACTION SETTLEMENT PROCEDURE**

PLEASE TAKE NOTICE THAT, for the reasons set forth in the enclosed Memorandum of Law in Support of the Plaintiff's Motion for Preliminary Approval of the Settlement, Certification of Settlement Class, Appointment of Named Plaintiff and Opt-in Plaintiff as Class Representatives, Appointment of Plaintiffs' Counsel as Class Counsel, and Approval of Proposed Notice of Settlement and Class Action Settlement Procedure, and the enclosed Declaration of Jeffrey R. Maguire ("Maguire Decl."), and the exhibits attached thereto, Plaintiff respectfully requests that the Court:

(1) preliminarily approve the proposed Settlement Agreement, annexed to the Maguire Decl. as Exhibit A;

(2) approve the proposed Notice of Settlement, annexed to the Maguire Decl. as Exhibit B; and approve the proposed Claim Form and Release, annexed to the Maguire Decl. as Exhibit C;

(3) certify, for settlement purposes only, the following settlement classes, members of which are herein referred to as "Class Members," and are defined as:

    a. under Fed. R. Civ. P. 23(a) and (b)(3), all individuals who worked as sewing and/or stitching machine operators for Defendants at any time between April 4, 2011 through the date of entry of the Preliminary Approval Order; and

    b. under 29 U.S.C. § 216(b), all individuals who worked as sewing and/or stitching machine operators for Defendants at any time between April 4, 2014 through the date of entry of the Preliminary Approval Order.

(4) appoint Plaintiffs as Class Representatives;

(5) appoint Borrelli & Associates, P.L.L.C. as Class Counsel;

(6) appoint Arden Claims Service, LLC as the Claims Administrator for this settlement;

(7) approve the Parties' proposed schedule for the filing of a motion for final approval, for Class Members to opt out or file objections to the proposed settlement, and scheduling a fairness hearing; and

(8) enter the proposed Order attached to the Maguire Decl. as Exhibit D.

Dated: New York, New York
August 27, 2018

        Respectfully submitted,

        BORRELLI & ASSOCIATES, P.L.L.C.
*Attorneys for Plaintiffs*
655 Third Avenue, Suite 1821
New York, New York 10017
Tel.   (212) 679–5000
Fax.   (212) 679-5005

By: _____
Jeffrey R. Maguire, Esq. (JM 4821)
Alexander T. Coleman, Esq. (AC 8151)
Michael J. Borrelli, Esq. (MB 8533)