UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALOME VAZQUEZ, on behalf of herself, individually, and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> -against-<br><br>TIBANA FINISHING, INC., and TIBERJE MIKSA, individually, and ANA MIKSA, individually,<br><br>      Defendants. | **Civil Action No.: 17-cv-1907 (PK)** |

**NOTICE OF CONSENT MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, SERVICE AWARDS, AN AWARD OF ATTORNEYS' FEES AND EXPENSES, AND THE ENTRY OF FINAL JUDGMENT**

  PLEASE TAKE NOTICE that upon the annexed Declaration of Jeffrey R. Maguire, Esq., and the Declaration of Barry J. Peek, and all exhibits annexed thereto, and the Memorandum of Law submitted herewith, and upon all prior pleadings and proceedings heretofore had herein, Named Plaintiff Salome Vazquez and Opt-in Plaintiff Blanca Maza, on consent off all Parties, will move this Court for an Order:

1) Granting final approval of the Parties' Class and Collective Action Settlement Agreement and Release;

2) Authorizing the distribution of settlement checks to all Class Members who timely submitted claim forms representing their share of the Settlement Fund;

3) Awarding Service Awards, totaling $20,000.00, to the Named Plaintiff, Salome Vazquez, and Opt-in Plaintiff, Blanca Maza, in the amount of $10,000.00 each and providing for the release of all claims by each as specified in the Settlement Agreement;

4) Awarding attorneys' fees in the amount of $106,250.00 for legal services performed in prosecuting and settling the claims in this action to Borrelli & Associates, P.L.L.C. as "Class Counsel";

5) Awarding $7,833.10 for costs and out-of-pocket expenses to Class Counsel;

6) Approving an award of $7,500.00 for claims administration fees to Arden Claims Service, LLC;

7) Granting final certification of the following two settlement classes:

   a. under Fed. R. Civ. P. 23(a) and (b)(3), all individuals who worked as sewing and/or stitching machine operators for Defendants at any time between April 4, 2011 through September 13, 2018, and who may be owed unpaid minimum wage and overtime compensation and statutory damages; and

   b. under 29 U.S.C. § 216(b), all individuals who worked as sewing and/or stitching machine operators for Defendants at any time between April 4, 2014 through September 13, 2018, and who may be owed unpaid minimum wage and overtime compensation and statutory damages.

8) Providing for the release of all claims as specified in the Settlement Agreement by all participating Class Members as defined in the Settlement Agreement and all Class Members who did not properly and timely opt-out of the settlement; and

9) Dismissing this action against Defendants with prejudice, but with the Court's continued jurisdiction over the construction, interpretation, implementation, and enforcement of the Parties' settlement and over the administration and distribution of the settlement fund.

Dated: New York, New York
       January 4, 2019

Respectfully submitted,

BORRELLI & ASSOCIATES, P.L.L.C.
*Attorneys for Plaintiffs*
655 Third Avenue, Suite 1821
New York, New York 10017
Tel.   (212) 679–5000
Fax.   (212) 679-5005

By: _____
Jeffrey R. Maguire, Esq. (JM 4821)
Alexander T. Coleman, Esq. (AC 8151)
Michael J. Borrelli, Esq. (MB 8533)
